**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| JULIO MARTINEZ-GUZMAN,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CIVIL ACTION FILE NO:<br><br>4:23-cr-00026-WMR |

## ORDER

This matter comes before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R"). [Doc. 139]. In the R&R, the Magistrate recommends that Movant Julio Martinez-Guzman's § 2255 Motion be denied and that a certificate of appealability be denied. To date, the Plaintiff has not filed objections to the R&R.

### I.    LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within fourteen days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R&R that is the subject of a proper objection. *Id*. Because no objection to the R&R has been filed in this case, the clear error standard applies.

1

## II.    CONCLUSION

After considering the Final Report and Recommendation [Doc. 139], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Order of this Court. Accordingly, Movant Julio Martinez-Guzman's § 2255 Motion [Doc. 127] is **DENIED**. Further, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 14th day of April, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE